IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RON DESHAWN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 3:11-cv-1408-O |
| § | |
| RICK THALER, § | |
| § | |
| Respondent. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Petitioner's writ of habeas corpus is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **19th day** of **March, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**